**FILED**
March 6, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By /s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>FENG LI,<br><br>        Defendant. | Case No. 2:18CR00258-JAM-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __FENG LI__ , Case No. __2:18CR00258-JAM-4__ , Charge __21USC § 841(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 6, 2019__ at __2:00 pm__ .

                By   /s/ Allison Claire/s/ Allison Claire
                       Allison Claire
                       United States Magistrate Judge

Copy 2 - Court