1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4

5  Counsel for Defendant
   Feng Li

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                              **SACRAMENTO DIVISION**

10 | UNITED STATES,                        | Case No.: CR 2:18-cr-00258-MCE |
11 |                  Plaintiff,            |                                |
12 |         vs.                            | **DEFENDANT FENG LI'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
13 | HEIDI PHONG,                           |                                |
14 | ZHEN SHANG LIN, and                    |                                |
   | FENG LI,                               |                                |
15 |                  Defendants.           |                                |

16

17

18    Defendant Feng Li, through undersigned counsel, hereby submits this unopposed application

19 to modify the conditions of his pretrial release.

20    On March 6, 2019, this Court issued an order releasing Mr. Li from custody on numerous

21 conditions including that he live with his wife Jing Chen, who is also a surety, in the couple's

22 residence in Brooklyn, New York. *See* Docket No. 38. Since Mr. Li's release, he has been under

23 the supervision of Pretrial Services in the Eastern District of New York and is in good standing.

24    Recently, Mr. Li and his wife have been presented with the opportunity to open a restaurant

25 in St. Louis, Missouri. They have secured a residence in which they would reside together in St.

26 Louis, not far from the restaurant. Undersigned counsel has conferred with Pretrial Services Officer

27 Melissa Haberer, who does not oppose modifying Mr. Li's release conditions to permit him to move

28 to St. Louis, in the Eastern District of Missouri, provided that he continue to reside with Ms. Chen.

Undersigned counsel has also conferred with Assistant United States Attorney Roger Yang, who does not oppose this modification provided that all other conditions of release remain in place, including that Mr. Li have no contact with the co-defendants in this matter. Mr. Li also agrees to have no contact with the defendants in the related cases.

For the foregoing reasons, Mr. Li requests that the Court modify his release conditions to permit him to move to St. Louis, Missouri. All other conditions of release would remain the same, except that Mr. Li's travel would be restricted to the Eastern District of Missouri and the Eastern District of California, and he would have no contact with the co-defendants in this case or the defendants in the related cases.

Dated: May 16, 2019                           NOLAN BARTON & OLMOS LLP


  /S/ Daniel Olmos
Daniel Olmos
Attorney for Defendant Feng Li

Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> HEIDI PHONG, <br> ZHEN SHANG LIN, and <br> FENG LI, <br><br> Defendants. | Case No.: CR 2:18-cr-00258-MCE <br><br> [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE |

GOOD CAUSE APPEARING, Defendant Feng Li's conditions of release are modified to permit him to reside in the Eastern District of Missouri. All other conditions of release shall remain the same, except that Mr. Li's travel will be restricted to the Eastern District of Missouri and the Eastern District of California, and that he will have no contact with the co-defendants in this case or the defendants in the related cases.

All other conditions of release shall remain the same.

DATED: May 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE