Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>     Plaintiff,<br><br>vs.<br><br>HEIDI PHONG,<br>ZHEN SHANG LIN, and<br>FENG LI,<br><br>     Defendants. | Case No.: CR 2:18-cr-00258-MCE<br><br>**DEFENDANT FENG LI'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant Feng Li, through undersigned counsel, hereby submits this unopposed application to modify the conditions of his pretrial release.

On March 6, 2019, this Court issued an order releasing Mr. Li from custody on numerous conditions including that he live with his wife Jing Chen, who is also a surety, in the couple's residence in Brooklyn, New York. *See* Docket No. 38. Since Mr. Li's release, he has been under the supervision of Pretrial Services in the Eastern District of New York and is in good standing.

Several weeks ago, Mr. Li and his wife were presented with the opportunity to move to St. Louis, Missouri to open a restaurant there. Consequently, undersigned counsel applied to this Court to modify Mr. Li's pretrial release conditions to permit him to move to Missouri with Ms. Chen. *See* Docket No. 58. This Court approved that request. *See* Docket No. 59.

The restaurant opening has been delayed for reasons outside of Mr. Li's control. Mr. Li and his wife plan to move to St. Louis at the end of July 2019. Until that time, Pretrial Services in the Eastern District of California requires that Mr. Li continue to be monitored by Pretrial Services in the Eastern District of New York. Within 24 hours of his departure from Brooklyn, Mr. Li will be required to notify Pretrial Services in the Eastern District of California, and he will be required to personally appear at the Pretrial Services in the Eastern District of Missouri within 24 hours of his arrival in that city.

For the foregoing reasons, Mr. Li requests that the Court modify his release conditions to direct Pretrial Services in the Eastern District of New York to continue monitoring Mr. Li until his departure from Brooklyn late next month. Mr. Li should also be required to notify Pretrial Services in the Eastern District of California within 24 hours of leaving New York, and required to appear personally at Pretrial Services in the Eastern District of Missouri within 24 hours of his arrival in St. Louis with his wife.

Dated: June 7, 2019     NOLAN BARTON & OLMOS LLP


　　　　　　　　　　　　　　 /S/ Daniel Olmos
　　　　　　　　　　　　　　Daniel Olmos
　　　　　　　　　　　　　　Attorney for Defendant Feng Li

Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HEIDI PHONG,<br>ZHEN SHANG LIN, and<br>FENG LI,<br><br>　　　　Defendants. | Case No.: CR 2:18-cr-00258-MCE<br><br>[~~PROPOSED~~] **ORDER TO MODIFY CONDITIONS OF RELEASE** |

GOOD CAUSE APPEARING, Defendant Feng Li's conditions of release are modified to direct Pretrial Services in the Eastern District of New York to continue monitoring Mr. Li until his departure from that district in late July 2019. Mr. Li is also required to notify Pretrial Services in the Eastern District of California within 24 hours of leaving New York, and is required to appear personally at Pretrial Services in the Eastern District of Missouri within 24 hours of his arrival in St. Louis, Missouri.

Dated: June 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE