Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> FENG LI, et al., <br><br> Defendants. | Case No.: 2:18-cr-00258 JAM <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER TO TRAVEL** |

Defendant Feng Li, through undersigned counsel, hereby submits this unopposed motion to travel to New York City, NY from December 15 through December 20, 2021, to undergo an emergency dental procedure. Although Mr. Li currently resides in Kansas City, MO, and is supervised out of the Eastern District of Missouri, Mr. Li, a monolingual Mandarin speaker, was previously a resident of New York for several decades and has a Mandarin-speaking dentist there whom he trusts to perform the procedure.

Undersigned counsel has informed the government of this motion, and the government does not oppose. Counsel has also informed Mr. Li's Pretrial Services Officers in the Eastern District of California and the Eastern District of Missouri of this request – his Pretrial Officer in California does not oppose the request, and his Pretrial Officer in Missouri defers to the position of Pretrial in this district, and requests that Mr. Li provide a travel itinerary before he departs. The defense will submit

a travel itinerary to Mr. Li's Pretrial Services Officer, and Mr. Li will check in with Pretrial immediately upon his return to Missouri.

Dated: December 13, 2021

NOLAN BARTON & OLMOS, LLP

*/S/ Daniel B. Olmos*
Daniel B. Olmos
Attorney for Feng Li

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>FENG LI, et al.,<br><br>Defendants. | Case No.: 2:18-cr-00258 JAM<br><br>**[PROPOSED] ORDER TO TRAVEL** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Feng Li be permitted to travel to New York from December 15 through December 20, 2021, to undergo an emergency dental procedure. He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in with Pretrial Services immediately upon his return. All other conditions of release shall remain the same.

Dated: _____

The Hon. Deborah Barnes
United States Magistrate Judge

---

Unopposed Motion and [Proposed] Order to Travel; Case No. 2:18-cr-00258 JAM