UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> FENG LI, et al., <br><br> Defendants. | Case No.: 2:18-cr-00258 JAM-4 <br><br> **ORDER TO TRAVEL** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Feng Li be permitted to travel to New York from December 15 through December 20, 2021, to undergo an emergency dental procedure. He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in with Pretrial Services immediately upon his return. All other conditions of release shall remain the same.

Dated: December 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Unopposed Motion and [Proposed] Order to Travel; Case No. 2:18-cr-00258 JAM