Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Feng Li

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FENG LI, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:18-cr-00258 JAM<br><br>**UNOPPOSED MOTION AND ORDER TO TRAVEL** |

Defendant Feng Li, through undersigned counsel, hereby submits this unopposed motion to travel to New York City, New York from February 20 to February 24, 2022, to undergo a follow-up dental procedure to the emergency procedure he underwent in New York in December 2021. This Court approved an unopposed travel request in December to New York for the emergency procedure – Mr. Li, a monolingual Mandarin speaker, was previously a resident of New York for several decades and has a Mandarin-speaking dentist there.

Undersigned counsel has informed the government of this motion, and the government does not oppose. Counsel has also informed Mr. Li's Pretrial Services Officer in the Eastern District of California and he does not oppose the request. Mr. Li's Pretrial Services Officer in the Eastern District of Missouri has previously informed undersigned counsel that she defers to the position of Pretrial in this district, and requests that Mr. Li provide a travel itinerary before he departs and notify

1  her upon his return. The defense will submit a travel itinerary to Mr. Li's Pretrial Services Officer,
2  and Mr. Li will check in with Pretrial immediately upon his return to Missouri.
3  Dated: February 15, 2022                    NOLAN BARTON & OLMOS, LLP
4
5                                                             */s/ Daniel B. Olmos*
6                                                             Daniel B. Olmos
                                                              Attorney for Feng Li
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> FENG LI, et al., <br><br> Defendants. | Case No.: 2:18-cr-00258 JAM <br><br> **ORDER TO TRAVEL** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Feng Li be permitted to travel to New York from February 20 to February 24, 2022, to undergo a dental procedure. He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in with Pretrial Services immediately upon his return.  All other conditions of release shall remain the same.

Dated:  February 15, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE