```
PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FENG LI,<br><br>  Defendant. | CASE NO. 2:18-cr-00258-JAM-4<br><br>**AMENDED STIPULATION TO SET CHANGE OF PLEA; FINDINGS AND ORDER**<br><br>DATE: March 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, and attorney for Feng Li, Daniel B. Olmos that the parties request that the Court set a change of plea hearing for March 12, 2024 at 9:00 a.m.

Dated: March 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  March 6, 2024          /s/ DANIEL B. OLMOS
                                          DANIEL B. OLMOS
                                          Counsel for Defendant
                                          Feng Li

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, the Court **ADOPTS** the parties' stipulation and orders a change of plea hearing to be held on **March 12, 2024, at 09:00 a.m.,** before Senior District Judge John A. Mendez.

IT IS SO FOUND AND ORDERED.

Dated: March 06, 2024          /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE