N. ALLEN SAWYER SBN 173565
THE LAW OFFICES OF ALLEN SAWYER
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for FENG LI

**UNITED STATES DISRICT COURT**
**EASTERN DISRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>FENG LI,<br><br>            Defendant. | Case No.  2:18-cr-00258-JAM-4<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

It is hereby agreed and stipulated by the United States of America, by and through the United States Attorney's Office, Assistant United States Attorney Roger Yang, and defendant Feng Li, by and through his attorney, Allen Sawyer, that: The Sentencing Hearing currently scheduled for 06/18/2024 at 9:00 AM be rescheduled to **08/20/2024, at 9:00 AM** or thereafter, should it please the court.

The continuance is necessary because defendant Feng Li's attorney requires additional time to review discovery in this matter and to prepare for sentencing.

Time should be excluded for defense attorney preparation as the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy

trial calculation from 06/18/2024 through and including 08/20/2024.

**IT IS SO STIPULATED.**

Dated: 05/01/2024                                       Dated: 05/01/2024

　/s/ N. Allen Sawyer                                    　/s/ Roger Yang
N. ALLEN SAWYER                                          ROGER YANG
Attorney for Defendant                                   Assistant United States Attorney
Feng Li                                                  Eastern District of California

**IT IS APPROVED AND SO ORDERED.**

Dated: May 01, 2024                                      /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE